IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTIE ANN EASTRIDGE                                                        PETITIONER

v.                                      5:05CV00117 SWW-JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                                    RESPONDENT

### ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's motion to voluntarily dismiss Claim IV with prejudice is granted, that Claim IV is dismissed with prejudice, and that Claims I, II, and III are dismissed with prejudice as moot.

IT IS SO ORDERED this 31st day of October, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE